# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Blake Amafa,

    Plaintiff

v.

State of Nevada,

    Defendant

Case No.: 2:23-cv-0574-JAD-EJY

**Order Adopting Report and Recommendation**

[ECF Nos. 1, 3]

    The magistrate judge has reviewed the plaintiff's filings and recommends that his application to proceed *in forma pauperis* be denied without prejudice because it is incomplete, and recommends that this action be dismissed because plaintiff's substantive filing, which is titled "Notice of Removal," but construed as an attempt to file a complaint, contains no factual allegations in support of any cognizable claim.[1]  The deadline for the plaintiff to object to that recommendation was May 3, 2023, and the plaintiff did not file anything or ask to extend the deadline to do so.  "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[2]  Having reviewed the report and recommendation, I find good cause to adopt it, and I do.

    IT IS THEREFORE ORDERED that the magistrate judge's report and recommendation **[ECF No. 3] is ADOPTED**.  Plaintiff's application for leave to proceed *in forma pauperis* **[ECF No. 1] IS DENIED** without prejudice to the filing of a new, complete application by May 22, 2023.  And the plaintiff's substantive filing is dismissed without prejudice to the plaintiff's

---

[1] ECF No. 3.

[2] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

ability to file a proper complaint by May 22, 2023.  Sample complaints may be found on the court's website at www.nvd.uscourts.gov.  **If plaintiff fails to file a proper complaint or either file a complete application to proceed *in forma pauperis* or pay the filing fee by May 22, 2023, this action may be dismissed and closed** without further prior notice.

**The Clerk of Court is directed to SEND the plaintiff a copy of the court's IFP application** for a non-prisoner.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: May 10, 2023