UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Blake Amafa,<br><br>        Plaintiff<br><br>v.<br><br>State of Nevada,<br><br>        Defendant | Case No.: 2:23-cv-00574-JAD-EJY<br><br>**Order Adopting Report &<br>Recommendation and Dismissing Action**<br><br>[ECF No. 5, 6] |

On April 17, 2023, I ordered Plaintiff Blake Amafa to file a complete *in forma pauperis* (IFP) application together with an amended complaint by May 22, 2023, alleging cognizable claims satisfying the pleading requirements of Federal Rule of Civil Procedure 8.[1]  On May 23, 2023, Amafa filed his second IFP application but didn't attach an amended complaint.[2]  Magistrate Judge Youchah recommends that this case be dismissed because Amafa failed to follow court orders and file an amended complaint.[3]  She also recommends that Amafa's IFP application be denied as moot.[4]  The deadline for Amafa to object to that recommendation was June 8, 2023, and he neither filed objections nor moved to extend the deadline to do so.  "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[5]  Having reviewed the R&R, I find good cause to adopt it, and I do.

---

[1] ECF No. 4.
[2] ECF No. 5.
[3] ECF No. 6.
[4] *Id.* at 2.
[5] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

Accordingly, IT IS ORDERED that the magistrate judge's report and recommendation **[ECF No. 6] is ADOPTED** in its entirety. Amafa's application to proceed in forma pauperis **[ECF No. 5] is DENIED** as moot. This action is **DISMISSED** without prejudice, and the Clerk of the Court is directed to **CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
June 29, 2023